**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **GENERAL PARKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 4:05cv281 SNL |
| ) | |
| **DAVID PORTER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 6, 2006, this Court dismissed Parker's suit for failure to state a claim upon which relief could be granted. Parker filed a Notice of Appeal on March 7, 2006. Despite these occurrences, Parker continues to file motions with this Court. Because Parker's case is on appeal, this Court no longer has jurisdiction over this matter. Parker is to direct all further motions to the Court of Appeals.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed In Forma Pauperis (#20) and Motion to Appoint Counsel (#21) are denied as moot.

Dated this 20th day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE